Tony Tallarico, appellee, v. Newark Fire Insurance Company, appellant. Gen. No. 34,430.

Opinion filed March 11, 1931. Rehearing denied March 25, 1931.

Hicks & Folonie, for appellant. Livingston & Kaufman, for appellee.

Mr. Justice Hebel delivered the opinion of the court.